**Electronically Filed
Supreme Court
SCAD-22-0000319
05-JUL-2022
09:52 AM
Dkt. 18 ODMR**

SCAD-22-0000319

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

NATHAN W.S. CHOI, (HI bar #7265),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 21-0283)

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the June 27, 2022 motion for reconsideration and modification, filed by counsel for Respondent Attorney Nathan W.S. Choi, regarding this court's June 24, 2022 order of reciprocal disbarment, entered pursuant to Rule 2.15 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the record in this matter, we note that Respondent Choi had the opportunity in his June 16, 2022 response to this court's May 18, 2022 Notice and Order to propose the relief he now seeks, but did not. We again note that Choi acknowledged, pursuant to Rule 9.3(b)(4)(D) of the Washington State Rules for Enforcement

of Lawyer Conduct, that his resignation could be treated as a disbarment in this jurisdiction and that this court has concluded that Respondent Choi's resignation in Washington State was indeed equivalent to a disbarment for disciplinary purposes, and we find no grounds now for reconsidering that conclusion. Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration and modification is denied.

DATED: Honolulu, Hawaiʻi, July 5, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

